**The Law Office of Sam Salhab**
2300 Tulare Street, Suite 120
Fresno, California 93721
Telephone: (559) 441-9100
Facsimile: (559) 486-4533
Email: Sam@Salhablaw.com

Samer A. Salhab / SBN 251994
Attorney for Defendant KAVIN MUDALIAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-po-00161-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE ARRAIGNMENT TO OCTOBER 17, 2019; ORDER** |
| vs. | |
| KAVIN MUDALIAR, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Arraignment be continued from Thursday, September 19, 2019 at 9:00 a.m. to Thursday, October 17, 2019 at 9:00 a.m.

The parties base this stipulation on good cause in that both attorneys have been heavily involved in attempting to resolve the matter before the matter was even filed in Court. It is anticipated that the parties will have this matter resolved by the next Court date if the continuance is granted. For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the Court. Any delay resulting from this continuance shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of defendants and the public in a speedy trial. See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

///

///

Dated: September 17, 2019     /s/ Sam A. Salhab

**SAM A. SALHAB**
Attorney for Defendant,
Kavin Mudaliar


Dated: September 17, 2019     MCGREGOR W. SCOTT
United States Attorney


**/s/** William B. Taylor

By: **WILLIAM B. TAYLOR**
Assistant U.S. Attorney


# O R D E R

Counsel having stipulated, **IT IS SO ORDERED** that the Arraignment be continued from September 19, 2019 at 9:00 a.m. to October 17, 2019 at 9:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **September 17, 2019**

UNITED STATES MAGISTRATE JUDGE