# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED OCT 17 2019 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 1:19-po-00161 SAB |
| KAVIN MUDALIAR | ) |
| | ) |
| *Defendant* | ) |

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 36 C.F.R. 2.35(b)(2), and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of 12 months, expiring on October 16, 2020, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

Date: 10/17/2019

STANLEY A. BOONE
*United States Magistrate Judge*

---

### Defendant's Consent

I have read the proposed probation order under 18 U.S.C. § 3607 and the conditions of probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

*Signature of Defendant*

*Signature of Defendant's Attorney*

## Conditions of Probation

While on probation, you must also:

4. The Defendant shall pay a fine of $500.00, a special assessment of $10.00 and a processing fee of $30.00 for a total financial obligation of $540.00, which shall be paid by no later than November 22, 2019. Payment shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 780549
    San Antonio, TX 78278
    1-800-827-2982

5. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.

6. The Defendant is ordered to personally appear for a Probation Review Hearing on September 17, 2020, at 10:00 am before U.S. Magistrate Judge Stanley Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review Hearing.

**OTHER**

7. The Defendant shall complete 100 hours of community service. The Defendant shall perform and complete the community service hours by June 30, 2020.