# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-po-00161-SAB |
| Plaintiff, | )<br>)<br>) | **DEFENDANT'S STATUS REPORT ON**<br>**UNSUPERVISED PROBATION** |
| v. | ) | |
| KAVIN MUDALIAR, | )<br>)<br>) | |
| Defendant. | )<br>) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 2.35(b)(2) [Class B Misdemeanor]

**Sentence Date:** October 17, 2019

**Review Hearing Date:** September 17, 2020

**Probation Expires On:** October 16, 2020

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $540.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00 Processing Fee: $ 30.00 Restitution: $ 0

☐ Payment schedule of $         per month by the         of each month.

☐ **Community Service hours Imposed of:** 100

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:         Date: Click here to enter a date.
                                                          Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/17/2020 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 1/27/2020                            /s/ Samer A. Salhab
                                                            DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. The request is premature. The Court ordered in the judgment that the status report be filed 14 days prior to the September 17, 2020 status conference. Defendant still has another 8 months while on probation. Also, the government has not signed off on the status report as is required.

IT IS SO ORDERED.

Dated: **January 29, 2020**                           _____
                                                        UNITED STATES MAGISTRATE JUDGE