# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-po-00161-SAB |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| KAVIN MUDALIAR, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Possession of a controlled substance, in violation of 36 CFR 2.35(b) (2)
**Sentence Date:** October 17, 2019

**Review Hearing Date:** September 17, 2020

**Probation Expires On:** October 16, 2020

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $540.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00 Processing Fee: $ 30.00 Restitution: $ 0

☐ Payment schedule of $      per month by the      of each month.

☒ **Community Service hours Imposed of:** 100 Hours

☒ **Other Conditions:** Full payment by November 22, 2019; stay in contact with counsel.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $ 540.00
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                           Amount:

☐ To date, Defendant has performed 100 hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  William B. Taylor, Esq.

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/17/2020 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated and the matter be dismissed.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  9/1/2020  _____s/ Samer A. Salhab_____
DEFENDANT'S COUNSEL

DATED:  9/1/2020  _____s/ William Taylor_____
US ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **September 11, 2020**   _____
UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)